PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
FEB - 5 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE ___Eastern___ DISTRICT OF TEXAS
_____ DIVISION

I Affirm I Am: Mustafa El Shabazz Bey
Free Sovereign Moorish American
Attorney In Fact In Propria Persona (Not Pro Se, Nor Colorable)
Without Prejudice UCC 1-207/308 - Misrepresented by Fraudulent Construct of:
Plaintiff's Name and ID Number   NOLAND ROOSEVELT BYRD© # [156032]

Collin County Detention Facility
Place of Confinement  c/o 4300 Community Avenue
McKinney, Texas [75071]
Non-Domestic / Non-Assumpsit

CASE NO. **4:21 cv 111-ALM**
(Clerk will assign the number)

v.

Plano Police Department (Michael Tang)
Defendant's Name and Address

Collin County Sheriffs Office (Sheriff Skinner)
Defendant's Name and Address

Collin County District Attorney's Office (Greg Willis)
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: COLLIN COUNTY DETENTION FACILITY [c/o 4300 COMMUNITY AVENUE]; MCKINNEY, TEXAS [75071]

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~SEE ABOVE~~ Mustafa El Shabazz Bey - Free Moor COLLIN COUNTY DETENTION FACILITY [c/o 4300 COMMUNITY AVENUE] MCKINNEY, TEXAS [75071] Non-Domestic / Non-Assumpsit

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: GREG WILLIS - CRIMINAL DISTRICT ATTORNEY FOR COLLIN COUNTY COLLIN COUNTY COURTHOUSE; [c/o 2100 BLOOMDALE ROAD]; #L MCKINNEY, TEXAS [75071]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Slander; Involuntary Servitude, Kidnapping, False Imprisonment; Misprision; Mental, Emotional and Physical Anguish; etc. (Please see Attachments)

Defendant #2: (MICHAEL TANG - PEACE OFFICER) PLANO POLICE DEPARTMENT [c/o 909 14th STREET]; PLANO, TEXAS [Near 75074] (AGENCY# 2020-189344)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
False Arrest / Unlawful Imprisonment; Assault; Violations of Constitution and Treaties (please see Attachments... / Slander; Kidnapping...

Defendant #3: LISA BRONCHETTI - COLLIN COUNTY MAGISTRATE COURT JUDGE [c/o 4300 COMMUNITY AVENUE, SUITE #B107]; MCKINNEY, TEXAS [Near 75071]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Breach of Contract; Intentional Disregard of Human Rights; False Imprisonment (please see Attachments/ Exhibits; Treaties, Letters...

Defendant #4: COLLIN COUNTY DETENTION FACILITY (SHERIFF SKINNER) [c/o 4300 COMMUNITY AVENUE]; MCKINNEY, TEXAS [Near 75071]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violations of Religious and Nationality Rights; Violations of Constitution and International Human Rights

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I, Mustafa El Shabazz Bey, am an Aborigine and Indigenous Moorish American National, a descendant of Ancient Moabites/Moors/Muurs, a natural member/relative of the Washitaw De Dgdahmoundyah Moorish Empire, by way of Royal Blood lineage and Birth Rights being a Cherokee Native American (The Ancient Seven (7) Civilized Native American Tribes comprise the Washitaw Moorish Empire, Cherokee being one of those tribes... I filed a Name Correction Declaration Proclamation Publication and supporting Affidavits into the United States District Court for the Northern District of Texas (Dallas Division) please see USA v. BYRD 3:14-CR-00282-K-1 docket sheet, docket #83... No Rebuttal... On November 17, 2020, I was arrested by Plano Police Department for Fail To Identify, but I correctly Identified myself by National Name and Nationality which by International Laws secures my Rights...
★ Please Review Attachments...

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To place all Government agencies, municipalities, persons, etc.etc. on Notice of my Name Correction Declarations and Nationality... Affidavits unrebutted stand as Truth in Law and Commerce

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Ex Relatione: NOLAND ROOSEVELT BYRD©; BYRD, NOLAND©; Noland Byrd© and all other derivatives of said name

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

USM# 48454-177

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?                                ___YES  ___NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: JANUARY 29, 2021 = 1444 M.C.
            DATE

I Affirm I Am Mustafa El Shabazz Bey UCC 1-308
Attorney on behalf of NOLAND ROOSEVELT BIRD©
(Signature of Plaintiff)
Without Prejudice / Without Recourse
Under T.D.C.
All Rights Reserved

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___29th___ day of __JANUARY__, 20 _21_ = 1444 M.C.
             (Day)            (month)          (year)

I Affirm I Am: UCC 1-308
Mustafa El Shabazz Bey - Attorney In Fact
(Signature of Plaintiff) (Not Pro Se)
Free Sovereign Moorish American National
Attorney In Fact In Propria Persona
Ex Relatione: Noland Roosevelt Bird All Rights Reserved

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.