AN ORIGINAL *[illegible]* True Complete *[illegible]* Copy

I Affirm I Am Mustafa El Shabazz Bey Free Sovereign Moorish American National Attorney In Fact In Propria Persona (Not Pro se, Not Pro per) Without Prejudice Without Recourse All Rights Reserved

Exhibit: A1 2

# AFFIDAVIT IN TRUTH

"Affidavits are Necessary to make a Prima Facie Case" UNITED STATES v. KIS 658 F2nd, 526, 536 (7th Cir 1981)

I, Mustafa El Shabazz Bey, hereinafter named "Affiant", am a Natural born, living, breathing, flesh and blood, Spirit Man of Moorish Native American descent. I, Mustafa El Shabazz Bey, am a Sovereign Moorish American, a natural member of the Washitaw de Dugdah Moundyah Moorish Empire by way of Blood Lineage, Birthrights, heritage, culture and primogeniture and I, Mustafa El Shabazz Bey, now declare unto All Men of my claim to my inheritance to the LAND/s of America; being all Assets; Collateral; property/s private and/or public, registered and or unregistered; Credits; Money/s of Account belonging to NOLAND ROOSEVELT BYRD© TRUST... I, Mustafa El Shabazz Bey, am a descendant of Ancient Moabites/Moors/Muurs who inhabited and inherited the LAND/s now known as America upon receiving permission from the Egyptian African Pharaohs... The Washitaw de Dugdahmoundyah Moorish Empire is comprised of the seven (7) Ancient civilized Native American Tribes, and the Cherokee Nation is one of those Ancient Indigenous and Original Tribes, and I, Mustafa El Shabazz Bey, am a descendant of the Cherokee/Sharig Native American/Moorish American Tribe/Nation... I am a rightful owner, possessor and inheritor of the LAND/s of America...

I, Mustafa El Shabazz Bey, do hereby declare, proclaim and affirm for the record, private and public, that each and All statements/facts made herein are True, Correct, Complete and Supreme; the Truth, the Whole Truth and Nothing but the Truth and not meant to mislead nor confuse, as I, Mustafa El Shabazz Bey, will testify truthfully to the veracity of each fact, as I stand in honour appearing "In Proper Person" Status, as the Attorney-In-Fact, Authorized Representative and Beneficiary of the ALL UPPERCASE LETTER NAMED DEBTOR NOLAND ROOSEVELT BYRD©, BYRD, NOLAND© and all other spelling and derivative of said name; and hereby proclaim to be the Claimant/Beneficiary for All property and Collateral, both

page 1 of 12     Item: AIT2 #392212

Exhibit: AIT #2

Registered and Unregistered, belonging to the ALL UPPERCASE LETTER NAMED DEFENDANT/DEBTOR NOLAND ROOSEVELT BYRD©... THE ALL UPPERCASE LETTER NAMED DEFENDANT/DEBTOR NOLAND ROOSEVELT BYRD© is an Artificial Person/Corporate Person/Seperate Business Entity/StrawMan/Colored/Black/ a Vessel in Commerce/a Transmitting Utility, that was created by an Incorporated body of politic/Corporate body governed by Corporate Laws/Commercial Laws and by a Board/Council appointed to assist the Affiant/Secured Party Creditor in managing its affairs on behalf of the beneficiary... I, Mustafa El Shabazz Bey do Not consent to being governed by a bankrupt municipality/incorporated body of politic created by the minds and hands of men who DO NOT and CAN NOT represent/depict my Nationality/heritage/Culture; Nor do I consent to owe any obligation to this incorporated body/sub-compact franchise, Nor do I pledge Allegiance, for I AM NOT a UNITED STATES CITIZEN Nor a CITIZEN OF THE STATE OF TEXAS/COMMONWEALTH OF VIRGINIA; I do Not consent to being branded, mislabeled nor misrepresented as a Black Male, nor an African-American/Colored/Negro etc., etc., for these are wardship labels that I DO NOT consent to be labeled as, Nor assumed or presumed to be mistaken as... I, Mustafa El Shabazz Bey here and Now, make a full Reservation on all of my UN-A-lien-able Rights before engaging further into these proceedings, and I Now state for the Record, as a Notice to all employees, agents, officers, officials etc., etc. that I, Mustafa El Shabazz Bey, AM AN Indigenous NATURAL PERSON, with secured Rights protected by the UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES and the AMERICAN DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES, as well as the TREATY OF PEACE AND FRIENDSHIP BETWEEN MOROCCO AND THE UNITED STATES... please Refer to Exhibit: MOABITE #1, Item # UNDRIP-#392212 being a True, Correct, Complete and Supreme Copy of the UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES, Affirm by: Mustafa El Shabazz Bey Free Sovereign Moorish American National, placing my Signature and fingerprint, being my Unlimited Commercial Liability, upon this Document, with a full Reservation of my Rights over such liability... please see Document in its entirety; page 7 begins to address each Right in full detail in its each enumerated Article, being 46 Articles in total... Exhibit: MOABITE #2, Item: ADRIP-#392212, also a True, Correct, Complete and Supreme Copy of the AMERICAN DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES (Adopted

at the third plenary session, held on June 15th, 2016) Affirmed by: Mustafa El Shabazz Bey, Sovereign Moorish American National, placing my Signature and fingerprint, being my Unlimited Commercial Liability, upon the face of this document along with a full reservation of my rights over the instrument and liability... please read each document in its entirety, being 41 articles total...

I, Mustafa El Shabazz Bey, the Affiant, do hereby proclaim, declare and affirm that I made a Special Third Party Appearance, being 'In Proper Person' as the Attorney-In-Fact/Authorized Representative, presenting my Claim to the Court, and exercising the Right to Counter Offer by way of Conditional Acceptance for Value to any claims/offers initially made by the Court; and I stated in open Court, for the record: "Can I assist this Court in the set off, Settlement and Closure of this matter, by offering a Conditional Acceptance of a Plea of Guilt, only upon the Condition that I receive the Bill of Exchange "Bond" that provides the Court with subject-matter jurisdiction and supports the PLAINTIFF's claim?" The Court refused the offer, and so decided to deny the Beneficiary, Mustafa El Shabazz Bey, of his lawful remedy to the controversy created by THE PLANO POLICE DEPARTMENT-AGENCY/#[2020-189344]..

I, Mustafa El Shabazz Bey, do hereby declare, proclaim and affirm to have submitted proper Documentation of Proof of my 'In Proper Person' Status, and have provided information as how to verify my claim of status and of my Name Correction Declaration and Publication, as well as Supporting Affidavits, that have been filed into the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION) Case Number 3:14-CR-00282-K-1 * please see Exhibit: USDC #1A Docket Sheet, pg. 9 of 9, Docket #83 entitled Attachment A Exhibits and entered into the record as public correspondence on the 19th day of June, 2019... The specific documents the Court and all Public Servants of Federal, State, City and Municipal Governments, Personnel and Corporate Entities should take into consideration upon being Noticed is the MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD LEGAL NOTICE! NAME DECLARATION CORRECTION AND PUBLICATION, in which I, Mustafa El Shabazz Bey, made public and published my Corrected National Name; Declared and Affirmed my true, 'Proper Person Status'; and Reclaimed

Exhibit: AIT #2

my Rightful Social and Cultural Life of the State; in accordance with my Moorish Nation of Northwest Amexem/ North America - acknowledging my Birthrights, having lawfully and legally obtained and proclaimed my Moorish Nationality and Birthright Name and Title, in harmony with, in association with, and in accordance with Divine Law, the Customs; and the Laws, Rules, and Usages of the Moorish Divine and National Movement; my being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance... Declared for the Public Record, I have and/or am returned/returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree, as I, Mustafa El Shabazz Bey, rightfully declare, publish, proclaim and affirm my own free National Name; affirm my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor... And so Let It be Declared, Known and Resolved that: I AM: Mustafa El Shabazz Bey, 'In Propria Persona' (being in my own proper person), by birthright; WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society... and the Judicial Notice and Proclamation, which upon my inherited Nobility, and upon my Private Aboriginal/Indigenous, Proper Person Status and Commercial Liability, that I, Mustafa El Shabazz Bey, being duly Affirmed under Consanguine Unity; pledged my National, Political, and Spiritual Allegiance to My Moabite/Moorish Nation, being the Archaic Aboriginals/Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom and Justice; do squarely affirmed to tell the Truth, the whole Truth, and nothing but the Truth; and having knowledge and firmly-established belief upon the historical, lawful and adjudicated facts contained herein/ therein... Being competent (In My Own Proper Person) to attest to this Affidavit upon which I placed my Signature and now do so as I State, Proclaim, and Declare the following to be True, Correct, Certain, Complete, Supreme and not intended to be presented for any misrepresented, colored or improper use or purpose, to wit:

We Moors/Moorish Americans/Muurs have, proclaim and possess the Un-a-lien-Able/Unalienable Substantive Rights and Birthright - Inheritance to Our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture and by Recognized Laws of the Nations of the Earth (International).

Exhibit: AIT #2

Being the True, Ancient, Aboriginal/Indigines of the Land (America)-North, being the heartland of the Moroccan Empire, We Moors/Muurs Are the 'De-Jure' Free holders by Birthright, Inheritance and Primogeniture Status; and We have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of Our Continental United States (the Organic Land) Absent of foreign 'colored' or imposed excise taxation constructs invented by the Racketeering States' Legislators, to Abridge and Steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, Asserted by, Royal Law; Moorish Law; Moslem/Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; And Affirmed by Articles IV and VI of the Constitution Covenant of 1774-1781 A.D. = 1201 M.C. As lawfully Adopted for the United States Republic, establishing its Republican Form of Government. Said Constitution established by the Peoples' 'Supreme Law of the Land', to secure the Rights of the People, And to keep Government bound And in check by Official Oath, And by Official Bond... Down from the Ancient Ones, Our Primogenitors, comes the Supreme Law of the Land!

We, the Noble Moors/Muurs (Heirs Apparent) Are the Natural Members/Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to Recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, And Command the enforcement of Our Constitution... Thus, such organized communication Orders Are Referred to as "The Great Seal National Association of Moorish Affairs." The Free Moorish Nation- inclusive of the Aboriginal/Indigine Tribes and provinces of the Natural People, etc., Are the rightful bearers of the Names And Titles, Ali, El, Bey, Dey, And Al. The Free Moors/Muurs, by freehold Inheritance, Retain All Substantive Rights And Immunities; enjoy the exercising of Substantive Rights, And operate upon consummated, Right-Law, Isonomi-Principles; having vested Constitution-secured Rights And Immunities from TAXATION, And from Criminal And Civil Jurisdiction by, And of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, And the 'Acts of State' to wit:

Exhibit: AIT

"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the Courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."

The present Union States Municipal and Civil Laws and Codes of the Land are an "incorporated unit of self-government" established by the political powers of the "General Assembly" of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen Fifty-Four (1854). It governs 'ONLY' the rights and conduct of 'WHITE PEOPLE', Christians and Jews, of the Eighteen Sixty-Three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as Negroes, Blacks, Coloreds, and African-Americans, etc., etc. In Addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sanford" 60 US (19 Howard) 393 (1857) held that Negroes - whether held to slavery or free - were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigine Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names/Titles, Ali, El, Bey, Dey and Al, are EXCLUDED from the Union States Rights Republic, (U.S.A.) jurisdiction. We, the True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution'- Circle 7 - archaically established by Our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-Al Standards, embossed in the Moorish National Flag (Standard) - Love, Truth, Peace, Freedom, and Justice. We True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'Foreign Entity Taxation' (Indigenes Not Taxed) and maintain a NON-OBLIGATORY respect for the United States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; its customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the UNITED STATES and MOROCCO

Exhibit: AIT #2

- Seventeen Eighty-Seven (1787) - superceded by The Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A.D. - Moorish American Society of Philadelphia and the Use of Their Names; The UNITED NATIONS "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No.16) at 19, U.N. Doc. A/4354 (1959); The United Nations' "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107" - United States Republic, North America - The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article II, Section 2; Amendment V - Liberty Clause; Amendment IX - Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Mustafa El Shabazz Bey, Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being A Sundry Free Moor / Muur AND A (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787/1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army): 1861-1863; The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - Acts of State; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic - Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D. = 1378 M.C.

In reference to the Rights of the Natural People and Substantive Rights, etc., the following are

Exhibit: AIT #2

Pertinent Supreme Court Decisions (Stare Decisis) to wit:

1. The state is prohibited from violating Substantive Rights. Owens v. City, 445 U.S. 662 (1980); and it can not do by one power (e.g. Police Power) that which is, for example, prohibited expressly to any other such power (e.g. Taxation / Eminent Domain) as a matter of Law, US and UT v. Daniels, 22 p 159, nor indirectly that which is prohibited to it directly, Fairbanks v. US 181, US 283, 294, 300;

2. Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the Citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 659-60;

3. Where Rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125;

4. The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489;

5. For a 'crime' to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F 945;

6. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed... Louisville v. Motley 211 US 149, 29 S. Ct 42. "The accuser bears the burden of proof beyond a Reasonable Doubt.";

7. "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties." Griffin v. Matthews, 310 F. Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties.", Industrial Addition Association v. C.I.R., 323 US 310, 313.

Exhibit: AIT #2

Whereas, in light of the foregoing Jurisprudence "Stare Decisis" Supreme Court Decisions, Facts and Laws; and Counter to the Negative and 'colorable' social conditions instituted by State Persons of the Union States Rights Republic (U.S.A.) Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its Agents, Personnel, Contractors, and Assigns. Axioms are legally in force under National and International Law attending these issues. I, Mustafa El Shabazz Bey, the Affiant (Natural Person - In Propria Persona) Do Not Waive Any Rights; Do Not Transfer Power of Attorney; and do not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or Non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary Duties of all Accusers and bound 'Claimants' to 'National Law and Order'; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules! NON-COMPLIANCE is a Federal and International Law offence.

The Organic United States Republic Constitution (derived from Ancient Moabite/Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to the suit in their personal and/or official capacity to wit: Title 18, Part 1, Chapter 13 § 241 of United States of Law and Title 18, Part 1, Chapter 13 § 242 of United States Codes of Law…

Therefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath-bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City and Municipal, etc., I, Mustafa El Shabazz Bey, Demand the Enforcement of the De Jure Laws of the United States, and all Treaties made under the Authority of the United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration on the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights;

Exhibit: AIT #2

The United Nations Charter, Article 55(c); The United States Supreme Court- 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic' - Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D. = 1378 M.C.; and "Executive Order 13107" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment/Information; and that I, Mustafa El Shabazz Bey, be availed all lawful Constitutional secured safeguards, established by the Supreme Law; with documented proper jurisdiction and venue confirmed and in place.

Wherefore all parties of interest are authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal/Indigenous Free and Sovereign Moor, Mustafa El Shabazz Bey, and All Officials are to enlist all available and appropriate measures to ensure, and assure, that All My Substantive Rights and Constitutionally-secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being named herein, is not to be arrested nor held for Detention under any 'colorable' circumstances. You are to notify the active Ministers of the Aboriginal/Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit deception constructs, and from any other hindrance or restriction of his or her Freedoms - Mustafa El Shabazz Bey -, Allodial Properties, Compensations, Right of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. I, Mustafa El Shabazz Bey, the Moor/Muur (bearer of this Indigenous Peoples' Document) am the to be treated with all Due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped-up charges, or attack on the Natural Being's Person, Property, Personality, Conveyances, Freedoms and/or Dignity.

Exhibit: ATT #2

Explicit Reservation and use of "All Rights Reserved Without Prejudice..." U.C.C. 1-207/308, U.C.C. 1-103, is noted to all Federal, State, City, and Municipal Peace Officers; in harmony with States, Statutes, and indicates the Reservation of My Rights. Whereby, I Mistra El Shabazz Bey, Reserve My Substantive Rights and Constitutional Secured Rights and Immunities - to "NOT" be compelled to perform under any Contracts or Agreements that I, Mistra El Shabazz Bey, have not entered into knowingly, voluntarily, willingly, or intentionally... I, Mistra El Shabazz Bey, do not accept any actual or implied "Liabilities" associated with any "COMPELLED-BENEFITS" of any unrebared or deceptively-imposed Commercial Contracts. I, Mistra El Shabazz Bey, do not sanction any 'unconstitutional' rules or policies, nor acts of misprision committed by any U.S. Government or State Officials, at any level, claimed by any 4th-theory, in the name of the United States Republic, nor do I, Mistra El Shabazz Bey, assent to any colorable policies made by alleged representatives, as being sanctioned by the people and citizens. Consider any temporary-assumed constructs alleged to be related to me as being misrepresentation and thusly 'Cured' forthwith. Let it be known....

Representments to 'Depict' to 'Portray' to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society Bar Association Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a free Moor; as we are not of the same Nation, Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not indigenous to the Land (Americas) – Moors are Aboriginal. Union States Lawyers and Attorneys operate in Demo-political format, which is contrary to Article IV, Section 4 of the Constitution for the United States, Moors operate in a Republican Form of Government, conjoined with Isonomi Principios - being in harmony with the Constitution. Moors Respect Constitution Principios. The Unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principios, and functions primarily in "Colorable" procedures. Therefore, no true just trial, or remedy is availed to the Natural peoples of the Land, through such "Colorable processes". These violating Acts constitute a "Conflict of Interest"; a "Conflict of Law" and clearly establishes the "Federal Questions" of "Diversity of Citizenship"; a Conflict of Identity, and Nationality etc. Thus, a clear alignment of jurisdiction is also hereby proclaimed and advanced.

Item: AIT2 #392212

Only Moors can 'Present' and 'Depict' themselves as being Moors/Al Moroccans, and Aboriginal/Indigenes of the Land! Thus, only Moors can 'Present' 'Self'!

I, Mustafa El Shabazz Bey, a real, live, flesh and blood, breathing, non-fictional, and Natural Being, born of a Natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Affidavit-In-Truth, Affirmed to be True, to the best of my Knowledge, Culture, Customs and Beliefs; being Actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and Nothing but the Truth.

Hibu (Love), Hagg (Truth), Salaam (Peace), Hurriyyah (Freedom), Adl (Justice)

All Rights Reserved Without Prejudice; U.C.C. 1-103

Always In Honour,

I Affirm I Am: _____ UCC 1-308

Mustafa El Shabazz Bey
Free Sovereign Moorish American National
Attorney-In-Fact appearing 'In Proper Person' "Not Pro Se"
Aboriginal/Indigenous Natural Person "Not Colorable"

A True, Correct, Complete Copy, Supreme

I Affirm I Am: _____ UCC 1-308
Mustafa El Shabazz Bey
Free Sovereign Moorish American National
Attorney-In-Fact Improper Person
(Not Pro Se)
Without Prejudice/Without Recourse
All Rights Reserved

By Special Appearance, before me on this day 11th of January, 2021 CCY = 1442 M.C., in honor the Divine Being, Mustafa El Shabazz Bey, Affirms that He is the Natural Person/Divine Being herein named, existing in His own Proper Person; meeting the 'law of evidence' as Required and Defined in "Identity"; Affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto...

I Am: Mustafa El Shabazz Bey _____ All Rights Reserved UCC 1-308 Natural Person Moorish American

Witness: David Parks _____ All Rights Reserved UCC 1-308 Natural Person Choctaw Native

Witness: _____ All Rights Reserved UCC 1-308 Natural Person Moorish American

Page 12 of 12