# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NOLAND ROOSEVELT BYRD, §<br>#21014688 § Civil Action No. 4:21-CV-111<br> § (Judge Schell/Judge Nowak)<br>v. §<br> §<br>PLANO POLICE DEPARTMENT, ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2021, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that *pro se* Petitioner Noland Roosevelt Byrd's civil rights lawsuit pursuant to 42 U.S.C. § 1983 be dismissed without prejudice under Federal Rule of Civil Procedure 41. Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that *pro se* Petitioner Noland Roosevelt Byrd's civil rights lawsuit pursuant to 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this the 31st day of July, 2021.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE